James Goff HAZELTINE, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 71-2897

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 7, 1972.

Before BELL, DYER, and CLARK, Circuit Judges.

PER CURIAM.

Affirmed.[1] See Local Rule 21.[2]

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

2. Appellant contended in his motion to vacate, 28 U.S.C. § 2255, that (1) his pleas of guilt were induced by promises made by federal agents; (2) he did not understand the charges in the indictment; (3) a factual basis for his plea was never established; (4) he was never informed he could withdraw his Rule 20 consent and plead not guilty; and (5) the indictment was erroneous and insufficient.

David MAHONE, Petitioner-Appellant,

v.

Louie L. WAINWRIGHT, Director, Florida Division of Corrections, Respondent-Appellee.

No. 71-3277

Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 13, 1972.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Affirmed.[1] See Local Rule 21.[2]

** Rule 18, 5th Cir.; see Isbell Enterprises, Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. The grounds upon which the appellant challenges the validity of his state murder conviction are: (1) evidence concerning the petitioner's character was improperly admitted; (2) he was deprived of an opportunity to impeach the only eyewitness by use of a prior inconsistent statement; (3) he was denied pretrial discovery of the arrest report, the police record and the F.B.I. record.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.